SAMUEL ROZNER v. HENRIETTA ROZNER. — Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RALEIGH W. DODSON v. JOSEPH C. HANDSHOE, Interpleaded and Substituted as Defendant in Place and Stead of MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LUCILLE PUGH v. PHILIP HERRMAN and Another.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRVING S. REEVE v. JAMES H. R. CROMWELL and Others, Impleaded with LUCRETIA ROBERTS STOTESBURY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS VALERIO.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JORDON S. MURPHY.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LENA APICELLA. — Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH BENZOLA.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD DIAZ.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HOLDEN, Otherwise Known as GEORGE HOLDER.— Motion to dismiss appeal granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH A. MOORE, as Executrix, etc., of the Estate of ALBERT H. MOORE, Deceased, v. REAL ESTATE LAND TITLE AND TRUST COMPANY, as Administrator (d. b. n.) of the Estate of GEORGE FOX, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ATLAS DISCOUNT CORPORATION v. KINGSBORO MORTGAGE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed on or before July 31, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CARMINE MASSI v. REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., Sued Herein as AUGUST H. REICH and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DOROTHY H. JAKOBS v. NED JAKOBS, Defendant, MARIETTA JAKOBS, Intervenor, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before July 1, 1931, with notice of argument for not later than November 6, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.